UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEVEN RODRIGUEZ )<br>)<br>Plaintiff, )<br>) CIVIL ACTION<br>vs. ) FILE NO. 1:11-cv-01238-ARR -RLM<br>)<br>) NOTICE OF SETTLEMENT<br>FOCUS RECEIVABLES MANAGEMENT,)<br>LLC )<br>)<br>Defendant. )<br>_____) | |

**NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the District Court, Eastern District of New York, Plaintiff's Notice of Settlement with all claims pending having been settled. Plaintiff hereby respectfully requests that this Court allow sixty (60) days within which to complete the settlement and to file a Dismissal in this matter. This Court shall retain jurisdiction over this matter until fully resolved.

Respectfully submitted this 21st day of September, 2011.

ATTORNEYS FOR PLAINTIFF
*Steven Rodriguez*

By: s/Dennis R. Kurz
Dennis R. Kurz
NY Bar No. 4570453
**Weisberg & Meyers, LLC**
Attorneys for Plaintiff
5025 N. Central Ave. #602
Phoenix, AZ 85012
(888) 595-9111 ext. 412
(866) 842-3303 (fax)
dkurz@attorneysforconsumers.com

Notice Filed electronically on this 21st day of September, 2011, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system this 21st day of September, 2011, to:

Barry Jacobs, Esq.
Abrams, Gorelick, Friedman & Jacobson, P.C.
1 Battery Park Plaza
4th Floor
New York NY 10004


s/Jessica DeCandia
Jessica DeCandia