UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEVEN RODRIGUEZ )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>)<br>)<br>FOCUS RECEIVABLES MANAGEMENT, )<br>LLC )<br>)<br>Defendant. )<br>_____ ) | CIVIL ACTION<br>FILE NO. 1:11-cv-01238-ARR -RLM<br><br>ORDER FOR DISMISSAL<br>OF CASE WITH PREJUDICE |

THIS MATTER came before the Court on the Joint Motion to Dismiss with Prejudice filed by Plaintiff and Defendant. The Court notes that the parties have advised the Court that this matter has been settled. Accordingly, the Court finds that the motion should be approved.

IT IS THEREFORE ORDERED that all claims that Plaintiff, Steve Rodriguez, brought or could have brought in this action against Defendant, Focus Receivables Management, LLC, its past and present directors, officers, employees and agents be and hereby are dismissed with prejudice.

IT IS FURTHER ORDERED that the parties shall bear their own costs and attorneys fees incurred in this action.

SO ORDERED.

s/ ARR

10/18/11

~~JUDGE PRESIDING~~ Allyne R. Ross
UNITED STATES DISTRICT JUDGE